# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | |
|---|---|
| ADAM PARDUE, Individually and For Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>3B INSPECTION, LLC,<br><br>  Defendant. | Case No. 4:21-cv-00020-DC-DF<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## JOINT STATUS REPORT

Pursuant to this Court's Order Granting the Parties' Joint Motion to Stay and For Equitable Tolling, Plaintiff Adam Pardue and Defendant 3B Inspection, LLC (collectively, Parties) file this Joint Status Report. Doc. 21.

1. On June 16, 2021, the Parties jointly moved to stay all proceedings and deadlines in this case for 60 days pending their exchange of class data and mediation. Doc. 13. The Parties further agreed to toll the Putative Class Members' statutes of limitations for a period beginning June 16, 2021 through August 15, 2021. *Id.*

2. To further facilitate their settlement discussions and allow the Parties ample time to attend mediation, the Parties jointly asked the Court to extend the stay on this matter two additional times until November 19, 2021. Docs. 16 and 20.

3. On October 20, 2021, the Parties attended a full-day mediation with experienced wage and hour mediator, Dennis Clifford.

4. While the Parties were unable to reach a resolution of this action at their mediation, the Parties continued their settlement negotiations and agreed to resolve this case in principle on October 26, 2021.

5. The Parties are in the process of finalizing the terms of the settlement and anticipate filing approval documents on or before **December 17, 2021**.

6. In the event the Parties should encounter any issues in this process, they will promptly notify the Court.

Respectfully submitted,

| | |
|---|---|
| **JOSEPHSON DUNLAP** | **MUSKAT, MAHONY & DEVINE, LLP** |
| */s/ Rachael Rustmann* | */s/ Mariah O. Berry* |
| **Michael A. Josephson** | **Corey E. Devine** |
| TX Bar No. 24014780 | TX Bar No. 240553399 |
| **Andrew W. Dunlap** | **Mariah O. Berry** |
| TX Bar No. 24078444 | TX Bar No. 24109643 |
| **Rachael Rustmann** | **MUSKAT, MAHONY & DEVINE, LLP** |
| TX Bar No. 24073653 | 1201 Louisiana St., Suite 850 |
| **JOSEPHSON DUNLAP** | Houston, Texas 77002 |
| 11 Greenway Plaza, Suite 3050 | 713-987-7850 – Telephone |
| Houston, Texas 77046 | 713-987-7854 – Facsimile |
| 713-352-1100 – Telephone | cdevine@m2dlaw.com |
| 713-352-3300 – Facsimile | mberry@m2dlaw.com |
| mjosephson@mybackwages.com | |
| adunlap@mybackwages.com | *Attorneys for Defendant 3B Inspection, LLC* |
| rrustmann@mybackwages.com | |

**Richard J. (Rex) Burch**
TX Bar No. 24001807
**Bruckner Burch PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

*Attorneys for Plaintiff and the Putative Class Members*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 19th day of November 2021.

*/s/ Rachael Rustmann*
**Rachael Rustmann**