# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| **ADAM PARDUE, individually and on behalf of others similarly situated,** *Plaintiff*, | § § § § | |
| v. | § | P:21-CV-00020-DC |
| **3B INSPECTION, LLC,** *Defendant*. | § § § § | |

## ORDER APPROVING SETTLEMENT

BEFORE THE COURT is Plaintiff Adam Pardue's (Plaintiff) Unopposed Motion for Approval of Settlement Agreement and Release. (Doc. 25). Plaintiff—proceeding individually and on behalf of all persons similarly situated—and Defendant 3B Inspection, LLC (Defendant) have arrived at a settlement and request that the Court approves their Settlement Agreement and dismiss the case with prejudice, subject to the terms of the Settlement Agreement.

The Court has reviewed the proposed Settlement Agreement (Doc. 24-1) and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted.

It is therefore **ORDERED** that Plaintiff's Unopposed Motion for Approval of Settlement Agreement and Release is **GRANTED** (Doc. 25), and the Settlement Agreement is **APPROVED**. (Doc. 24-1).

It is further **ORDERED** that the parties implement and complete the notice process described in the Settlement Agreement.

It is finally **ORDERED** that the parties implement the Settlement Agreement terms, and no later than 15 days after Settlement Payments have been mailed, in accordance with the

Agreement, submit a joint motion for dismissal of this action with prejudice. No extensions will be granted.

    It is so **ORDERED**.

    **SIGNED this 10th day of January, 2022.**

                                          _____
                                          **DAVID COUNTS**
                                          **UNITED STATES DISTRICT JUDGE**